**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Brian Fischler,** *individually and on behalf of all other persons similarly situated*,

                      **Plaintiff,**

-against-

**Oddfellows Management LLC,**

                      **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 3, 2021

21-CV-7457-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant's answer deadline was October 27, 2021. ECF No. 5. To date, Defendant has not filed an answer or otherwise responded to the Complaint. Plaintiff is hereby **ORDERED** to submit a status report on how he would like to proceed with this case no later than **November 10, 2021**.

**SO ORDERED.**

**Dated**: Nov. 3, 2021
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**